IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**PATRICK CALHOUN**                                    Case No.: **19-CA-008491**
Plaintiff(s)
vs

**RICKY J. NEYMEIYER; RJN TRUCKING, LLC**    Division A
Defendant(s)

                                    **SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
        **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this
action on defendant(s)

                        **RICKY J. NEYMEIYER**
                        **8927 W Woodlane Drive NW**
                        **Sparta MI  49345**

        Each defendant is required to serve written defenses to the complaint or petition on  **BRANDON ROBERT SCHEELE** ,
plaintiff's attorney, whose address is **MORGAN & MORGAN   201 N FRANKLIN ST STE 700  TAMPA FL
33602** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file
the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in
the complaint or petition.
**DATED** on August 16, 2019.
Attorney: BRANDON ROBERT SCHEELE          **PAT FRANK**
Attorney For: PATRICK CALHOUN              As Clerk of the Court
Address: MORGAN & MORGAN
201 N FRANKLIN ST STE 700
TAMPA FL  33602

Florida Bar No: 568813                     Dana Caranante, Deputy Clerk
                                           Prepared By:Veronica Phillips, Deputy Clerk
                                           P.O. Box 3360          800 E Twiggs St
                                           Tampa, FL 33601        Room 101
                                                                  Tampa FL 33602
                                           (813)276-8100

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.

**If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of
certain assistance. Please contact the ADA Coordinator, Hillsborough County
Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
least 7 days before your scheduled court appearance, or immediately upon receiving
this notification if the time before the scheduled appearance is less than 7 days; if
you are hearing or voice impaired, call 711**.

**REMOVAL EXHIBIT 1**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**PATRICK CALHOUN**                                   Case No.: **19-CA-008491**
Plaintiff(s)
vs

**RICKY J. NEYMEIYER; RJN TRUCKING, LLC**     Division A
Defendant(s)
                                        **SUMMONS**
**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
        **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this
action on defendant(s)

                      **RJN TRUCKING, LLC**
                      **c/o Ricky Neymeiyer as Registered Agent**
                      **8927 W Woodlane Drive NW**
                      **Sparta MI 49345**


        Each defendant is required to serve written defenses to the complaint or petition on  **BRANDON ROBERT SCHEELE** ,
plaintiff's attorney, whose address is **MORGAN & MORGAN   201 N FRANKLIN ST STE 700  TAMPA FL
33602** within 20¹ days after service of this summons on that defendant, exclusive of the day of service, and to file
the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in
the complaint or petition.
**DATED** on August 16, 2019.
Attorney: <u>BRANDON ROBERT SCHEELE</u>          **PAT FRANK**
Attorney For: <u>PATRICK CALHOUN</u>              As Clerk of the Court
Address: <u>MORGAN & MORGAN</u>
<u>201 N FRANKLIN ST STE 700</u>
<u>TAMPA FL  33602</u>

                                        Dana Caranante, Deputy Clerk
Florida Bar No: <u>568813</u>                     Prepared By:Veronica Phillips, Deputy Clerk
                                        P.O. Box 3360              800 E Twiggs St
                                        Tampa, FL 33601           Room 101
                                                                  Tampa FL 33602
                                        (813)276-8100

¹ Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.
**If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of
certain assistance. Please contact the ADA Coordinator, Hillsborough County
Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
least 7 days before your scheduled court appearance, or immediately upon receiving**

**this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

IMPORTANT
A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

IMPORTANTE
Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT
Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

PATRICK CALHOUN,

    Plaintiff,

-vs-                        CASE NO.:

RICKY J. NEYMEIYER and
RJN TRUCKING, LLC,

    Defendants.
_____/

## COMPLAINT

    COMES NOW, the Plaintiff, PATRICK CALHOUN, by and through his undersigned attorneys, and sues the Defendants, RICKY J. NEYMEIYER and RJN TRUCKING, LLC, individually, and jointly, and alleges:

    1.      This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.

    2.      That at all times material hereto, the Plaintiff, PATRICK CALHOUN, was a resident of Zephyrhills, Pasco County, Florida.

    3.      That at all times material hereto, the Defendant, RICKY J. NEYMEIYER, was a resident of Sparta, Kent County, Michigan.

    4.      That at all times material hereto, the Defendant, RJN TRUCKING, LLC, and RICKY J. NEYMEIYER, were authorized to conduct business in Hillsborough County, Florida, and engaged in regular business in the State of Florida.

5.   On or about November 5, 2018, the Plaintiff, PATRICK CALHOUN, operated a motor vehicle which was traveling at or near the intersection of State Road 93A and State Road 400, Tampa, Hillsborough County, Florida.

6.   At the same time and place, a 2007 Freightliner semi-tractor trailer motor vehicle operated with consent by the Defendant, RICKY J. NEYMEIYER, and owned by Defendant, RJN TRUCKING, LLC, was traveling at or near the intersection of State Road 93A and State Road 400, Tampa, Hillsborough County, Florida, when the Defendant, RICKY J. NEYMEIYER, operated such semi-tractor trailer motor vehicle in such a careless and negligent manner as to cause it to collide with Plaintiff's vehicle.

## COUNT I – NEGLIGENCE CLAIM AGAINST DEFENDANT, RICKY J. NEYMEIYER

7.   The Plaintiff, PATRICK CALHOUN, realleges and incorporates the allegations in Paragraphs 1 through 6 above as if set forth fully herein and further alleges:

8.   As a result of the negligence of Defendant, RICKY J. NEYMEIYER, the Plaintiff, PATRICK CALHOUN, suffered bodily injury and resulting pain and suffering, disability, permanent scarring, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

9.   The injuries consist in whole or in part of a significant and permanent loss of important bodily functions, and a permanent injury within a reasonable degree of medical probability, and significant and permanent scarring or disfigurement. However, should it be determined that any such bodily injuries are not permanent, then the Plaintiff claims entitlement to

all damages resulting from nonpermanent injuries sustained and which are based upon benefits therefore not paid by Personal Injury Protection (No Fault benefits).

WHEREFORE, the Plaintiff, PATRICK CALHOUN, demands judgment against the Defendant, RICKY J. NEYMEIYER, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

## COUNT II – VICARIOUS LIABILITY OF DEFENDANT, RICKY J. NEYMEIYER

10.     The Plaintiff, PATRICK CALHOUN, realleges and incorporates the allegations in Paragraphs 1 through 9 above as if set forth fully herein and further alleges:

11.     That on or about November 5, 2018, the Defendant, RICKY J. NEYMEIYER, operated a semi-tractor trailer motor vehicle with the knowledge and consent of the owner, Defendant, RJN TRUCKING, LLC

12.     That as the owner of the semi-tractor trailer motor vehicle, the Defendant, RJN TRUCKING, LLC, is vicariously liable for the negligence of its permissive driver, the Defendant, RICKY J. NEYMEIYER, under Florida's Dangerous Instrumentality Doctrine.

13. As a result of the aforesaid vicarious liability of the Defendant, RICKY J. NEYMEIYER, the Plaintiff, PATRICK CALHOUN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

14.     The injuries consist in whole or in part of a significant and permanent loss of important bodily functions, and a permanent injury within a reasonable degree of medical

probability, and significant and permanent scarring or disfigurement. However, should it be determined that any such bodily injuries are not permanent, then the Plaintiff claims entitlement to all damages resulting from nonpermanent injuries sustained and which are based upon benefits therefore not paid by Personal Injury Protection (No Fault benefits).

WHEREFORE, the Plaintiff, PATRICK CALHOUN, demands judgment against the Defendant, RICKY J. NEYMEIYER, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

### COUNT III - VICARIOUS LIABILITY OF
### RJN TRUCKING, LLC

The Plaintiff, PATRICK CALHOUN, realleges and incorporates the allegations in Paragraphs 1 through 14 above as if set forth fully herein and further alleges:

15.     By virtue of the fact that the Defendant, RJN TRUCKING, LLC, owned the motor vehicle driven by RICKY J. NEYMEIYER, consented and gave permission to the driver to drive the motor vehicle, the Defendant, RJN TRUCKING, LLC, is liable for the driver's negligent acts.

16.     Further, the Defendant, RJN TRUCKING, LLC, was negligent and breached its duty owed to Plaintiff by committing one or more of the following:

a)    Negligently allowing the driver to operate the semi-tractor trailer motor vehicle in a negligent manner, which caused said accident.

b)    Negligently failed to supervise the driver who was a permissive user of the motor vehicle and operated the vehicle pursuant to request without appropriate supervision.

c)    Negligently failed to instruct the driver how to properly operate the motor vehicle.

d)    Negligently failed to ensure that the driver was knowledgeable regarding rules and laws concerning operating the motor vehicle.

17.     As a result, the Plaintiff, PATRICK CALHOUN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the

enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, PATRICK CALHOUN, demands judgment against the Defendant, RJN TRUCKING, LLC, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this _15th_ day of August, 2019.

Brandon R. Scheele, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
BRSPleadings@forthepeople.com
Florida Bar #: 0568813
Attorney for Plaintiff