UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK CALHOUN

   Plaintiff,

-vs-

RICKY J. NEYMEIYER and
RJN TRUCKING, LLC,                   CASE NO.: 8:19-CV-02509-SCB-SPF

   Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, PATRICK CALHOUN, by and through his undersigned counsel, and hereby gives notice that the above titled action has been amicably settled between the parties.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail this 30th day of APRIL, 2020 to: Timon V. Sullivan, Esquire and Katherine L. Sloan, Esquire Ogden & Sullivan, PA; 5422 Bay Center Drive, Suite 100-Tampa, FL 3609 KSloan@ogdensullivan.com; TSullivan@ogdensullivan.com; eservices@ogdensullivan.com.

*Jonathan Brozyna*
_____
Jonathan Brozyna, Esquire
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
JBrozyna@forthepeople.com;
SPlantier@forthepeople.com
TEgner@ForThePeople.com
Florida Bar #: 67179
Attorney for Plaintiff